UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

In Re:
CHAMATKAR HOSPITALITY, LLC          CASE NO. 09-20169
         Debtor          Chapter 11 proceeding

## AMENDED MOTION FOR AUTHORITY TO SELL HOTEL FACILITY PURSUANT TO THE PROVISIONS OF 11 USC 363

Comes now Chamatkar Hospitality, LLC, debtor herein through undersigned counsel and with respect shows as follows:

1.

Debtor's Chapter 11 petition was filed on March 11, 2009, and is operating its hotel as debtor in possession.

2.

Pursuant to the provisions of the Second Amended post-confirmation plan which is pending for confirmation, unless plan payments had resumed to Main Street Lender Conventional, LLC ("Main Street") by June 10, 2010, the Debtor was required to file a motion seeking authority to sell the hotel facility pursuant to the provisions of Section 363 of the Bankruptcy Code, free and clear of all liens and encumbrances, with the liens and encumbrances to attach to the sale proceeds, if any.

3.

Debtor has been unable to make plan payments due to restricted cash flow as a result of the economic slow down. Accordingly, debtor moves the Court for authority to sell the hotel facility including the real property, furniture, fixtures, equipment, computers, books, records, the franchise agreement with Quality Inn, and all tangible and intangible assets related to the hotel facility, excluding cash and accounts receivable ("Hotel Facility") to Main Street for the sum and price of $2.5 million as a credit bid. The sale will be free and clear of liens, claims and encumbrances, which shall attach to the proceeds of the sale, if any.

4.

In the event one or more higher written bids for the Hotel Facility is received by undersigned counsel at least five days prior to the hearing on this motion which will be scheduled for March 10, 2011, at 10:30 a.m. in U. S. Bankruptcy Court, Lake Charles, Louisiana, together with a refundable deposit of $25,000 to be held in escrow, undersigned counsel will conduct an auction at a time and place on that same date as directed by the Court at that hearing. Main Street shall be entitled to credit bid at any auction up to the amount of its claim. Auction rules will be posted on PACER within four days of the hearing in the event a higher bid and deposit is received.

WHEREFORE debtor prays for entry of an order after notice and a hearing authorizing the debtor to sell the Hotel Facility pursuant to the provisions of Section 363 of the Bankruptcy Code on the terms set forth above, and for such other relief as may be equitable in the premises.

By attorneys
ROBICHAUX, MIZE, WADSACK & RICHARDSON

By: /s/ Wade N. Kelly
Wade N. Kelly (#07776)
1777 Ryan Street
Lake Charles, Louisiana 70601
(337) 433-0234
(337) 433-1274 fax
Counsel to Debtor

CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Motion was this date deposited in the U.S. Mail, postage prepaid, properly addressed to all creditors and parties in interest on the attached matrix on this 20th day of January, 2011.

/s/ Wade N. Kelly
Wade N. Kelly