

FILED

FEB 1 0 2011

J. BARRY DUNFORD, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**

**MINUTE ENTRY**

**09-20169 Chamatkar Hospitality, LLC    Chapter: 11**

**SIXTH INTERIM Application for Interim Compensation/Expenses**
**Requested for Leo L. Scalis, and Scalisi, Myers & White**

**APPEARANCES:**

**No appearances**

**DEBTORS:** Not Present

**RULING:** Application is approved.

**ORDER TO BE PREPARED BY:** Scalisi

Date:   February 10, 2011