

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

09-20169 Chamatkar Hospitality, LLC    Chapter: 11

Amended Motion to Sell Hotel Facility, Kinder, Louisiana, Free and Clear of Liens on behalf of Chamatkar Hospitality, LLC

APPEARANCES:

Wade N. Kelly representing Chamatkar Hospitality, LLC

RULING: No hearing held, no appearances made. Hearing is continued at request of the parties to April 28, 2011.

ORDER TO BE PREPARED BY: N/A

Date: March 10, 2011

