

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

09-20169 Chamatkar Hospitality, LLC    Chapter: 11

Amended Motion to Sell Hotel Facility on behalf of Chamatkar
    Hospitality, LLC

APPEARANCES:

Wade N. Kelly representing Chamatkar Hospitality, LLC
David Kerth for CSB


RULING: Motion is granted by consent.


ORDER TO BE PREPARED BY: Parties



Date:  April 28, 2011